99 So.2d 553

Jack COZART

v.

STATE.

8 Div. 247.

Court of Appeals of Alabama.

Oct. 8, 1957.

Rehearing Denied Nov. 26, 1957.

C. E. Carmichael, Jr., Tuscumbia, for appellant.

John Patterson, Atty. Gen., and Bernard F. Sykes, Asst. Atty. Gen., for the State.

PRICE, Judge.

Record stricken, appeal dismissed.

103 So.2d 344

Cecil E. REECE

v.

STATE.

2 Div. 968.

Court of Appeals of Alabama.

Feb. 11, 1958.

Rehearing Denied May 27, 1958.

Walter G. Woods, Tuscaloosa, for appellant.

John Patterson, Atty. Gen., for the State.

HARWOOD, Presiding Judge.

Affirmed.

103 So.2d 344

Williard Spencer BENEFIELD

v.

STATE.

6 Div. 634.

Court of Appeals of Alabama.

May 20, 1958.

Skidmore & Davidson, Tuscaloosa, for appellant.

John Patterson, Atty. Gen., for the State.

CATES, Judge.

Affirmed.

103 So.2d 344

Bobby Ray ALEXANDER

v.

STATE.

6 Div. 584.

Court of Appeals of Alabama.

May 27, 1958.

Tweedy & Beech, Jasper, for appellant.

John Patterson, Atty. Gen., and Geo. D. Mentz, Asst. Atty. Gen., for the State.

HARWOOD, Presiding Judge.

Affirmed.